# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| COREY MITCHELL,<br><br>             Plaintiff,<br><br>     v.<br><br>RENNICK, et al.,<br><br>             Defendants.<br>_____/ | CASE NO. 1:09-cv-00515-SMS PC<br><br>ORDER DISMISSING CERTAIN CLAIMS FOR FAILURE TO STATE A CLAIM<br><br>(Docs. 1, 8, and 13) |

Plaintiff Corey Mitchell, a state prisoner proceeding pro se and in forma pauperis, filed this civil rights action pursuant to 42 U.S.C. § 1983 on March 19, 2009. On December 13, 2010, the Court screened Plaintiff's complaint and issued an order directing Plaintiff to either file an amended complaint or notify the Court of his willingness to proceed only on the claims found to be cognizable. 28 U.S.C. § 1915A.

On March 14, 2011, after obtaining an extension of time, Plaintiff filed a notice stating that he is in agreement with the screening order and is willing to proceed only on the claims found to be cognizable by the Court. Accordingly, based on Plaintiff's election to proceed, it is HEREBY ORDERED that:

1.  This action shall proceed on Plaintiff's complaint filed March 19, 2009, against (1) Defendants Rennick and Demery on Plaintiff's Eighth Amendment failure-to-protect claim; and (2) Defendants Bott, Palmer, and Williams on Plaintiff's First Amendment retaliation claims arising out of the destruction of Plaintiff's personal

///

1         property, the threat to issue a false disciplinary report accusing Plaintiff of planning to attack an officer, and the use of force against Plaintiff; and

2.    Plaintiff's state law assault and battery claim, due process claim, and equal protection claim are dismissed from this action for failure to state a claim upon which relief may be granted.

IT IS SO ORDERED.

**Dated:**   **March 18, 2011**                  /s/ Sandra M. Snyder
                                                    UNITED STATES MAGISTRATE JUDGE