IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| COREY MITCHELL, | 1:09-cv-00515-AWI-SKO (PC) |
| Plaintiff, | ORDER GRANTING MOTION FOR MODIFICATION OF THE SCHEDULING ORDER TO FILE A MOTION TO DISMISS FOR FAILURE TO EXHAUST, NUNC PRO TUNC TO DECEMBER 5, 2011 |
| vs. | |
| RENNICK, et al., | |
| Defendants. | (Doc. 38) |

On November 28, 2011, Defendants Bott, Palmer, Rennick, and Williams filed a timely motion seeking modification of the scheduling order in order to file a late motion to dismiss, and on December 5, 2011, Defendants filed their motion to dismiss.

Good cause having been shown, Defendants' motion is HEREBY GRANTED, nunc pro tunc to December 5, 2011

IT IS SO ORDERED.

**Dated:   December 9, 2011**          /s/ Sheila K. Oberto
                                       UNITED STATES MAGISTRATE JUDGE