# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| COREY MITCHELL,<br><br>             Plaintiff,<br><br>        v.<br><br>RENNICK, et al.,<br><br>             Defendants.<br>_____/ | CASE NO. 1:09-cv-00515-AWI-SKO PC<br><br>ORDER DIRECTING CLERK'S OFFICE TO SEND PLAINTIFF COPY OF NOTICE OF VOLUNTARY DISMISSAL FOR SIGNATURE AND RETURN, AND STRIKING UNSIGNED NOTICE<br><br>(Doc. 43) |

Plaintiff Corey Mitchell, a state prisoner proceeding pro se and in forma pauperis, filed this civil rights action pursuant to 42 U.S.C. § 1983 on March 19, 2009. On February 23, 2012, Plaintiff filed an unsigned notice of voluntary dismissal.

At this stage in the proceedings, the action may only be dismissed by stipulation between the parties or by court order. Fed. R. Civ. P. 41(a). Plaintiff failed to sign his notice, however, and the Court cannot consider an unsigned filing. Fed. R. Civ. P. 11(a); Local Rule 131. Therefore, the Clerk's Office will be directed to send Plaintiff a courtesy copy of his notice, which he may sign and return to the Court. Upon filing of the signed notice, Defendants shall have ten (10) days to notify the Court if they object to the dismissal of this action without prejudice. If no objections are received within ten (10) days, the Court will dismiss the action without prejudice.

Accordingly, it is HEREBY ORDERED that:

1. The Clerk's Office shall send Plaintiff a courtesy copy of his notice of voluntary dismissal, which Plaintiff may sign and return if he wishes to proceed with dismissal;

///

2. Upon the filing of a signed notice of voluntary dismissal, Defendants have **ten (10) days** to file any objection to the dismissal of this action without prejudice; and

3. The unsigned notice is stricken from the record.

IT IS SO ORDERED.

**Dated:**   February 28, 2012                             /s/ Sheila K. Oberto
UNITED STATES MAGISTRATE JUDGE