# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| COREY MITCHELL,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>RENNICK, et al.,<br><br>　　　　　　Defendants.<br>　　　　　　　　　　　　　　　　／ | CASE NO. 1:09-cv-00515-AWI-SKO PC<br><br>ORDER DIRECTING CLERK OF THE COURT TO CLOSE THIS CASE PURSUANT TO PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL<br><br>(Docs. 44 and 45) |

　　　Plaintiff Corey Mitchell, a state prisoner proceeding pro se and in forma pauperis, filed this civil rights action pursuant to 42 U.S.C. § 1983 on March 19, 2009.  On February 23, 2012, Plaintiff filed an unsigned notice of voluntary dismissal.  The Court issued an order on February 28, 2012, informing Plaintiff that at this stage in the proceedings, the action may only be dismissed by stipulation between the parties or by order, Fed. R. Civ. P. 41(a), and because Plaintiff failed to sign his notice, it could not be considered, Fed. R. Civ. P. 11(a); Local Rule 131.  The Court directed the Clerk's Office to send Plaintiff a courtesy copy of his notice so that he could sign it and return to the Court, and informed the parties that upon the filing of a signed notice, Defendants would have ten days to notify the Court if they objected to the dismissal of this action without prejudice.  If no objections were received within ten days, the Court would dismiss the action without prejudice.

　　　On March 7, 2012, Plaintiff filed a signed notice of voluntary dismissal.  More than ten days have passed and no objections have been filed.

///

///

1

1 |   Accordingly, this action is HEREBY ORDERED DISMISSED, without prejudice. Fed. R.
2 | Civ. P. 41(a)(2).

4 | IT IS SO ORDERED.

Dated:  March 27, 2012           /s/ Anthony W. Ishii
                  CHIEF UNITED STATES DISTRICT JUDGE